**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | **Case No. 1:24-cr-417-CKK** |
| **v.** | ) | |
| | ) | |
| **JEANDIEL SERRANO** | ) | |
| **Defendant** | ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Revocation of Detention Order, it is hereby,

**ORDERED**, that the Motion is **GRANTED**, and it is hereby,

**FURTHERED ORDERED**, that the Defendant, Jeandiel Serrano, is released from custody and placed on home detention.

________________
**DATE**

________________________________
**COLLEEN KOLLAR-KOTELLY**
**UNITED STATES DISTRICT JUDGE**