**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-CR-417 (CKK)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEANDIEL SERRANO,** | : | |
| **Also known as "VersaceGod,"** | : | |
| **Also known as "@SkidStar,"** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PRETRIAL DETENTION**

The Government files this brief supplement at the Court's request to address the Defendant's proposed third-party custodian.

The Government does not believe that the proposed third-party custodian can ensure that evidence is not destroyed and cannot prevent the defendant's flight from prosecution. The objection is based in the following points:

- At arrest, Defendant Serrano claimed to live in Los Angeles at a $40,000 per month rental home. At no point did he mention a Connecticut address. He also told CDCA pre-trial services that his mother lived in New Jersey.
- Serrano now claims, to D.C. pre-trial, that he has lived with his mother in Connecticut for the past 16 years. (ECF Doc. 11). He also failed to mention his time living in Texas. The Court should be extremely suspicious of the misstatements or falsehoods provided by Serrano as to where he actually lives.
- The Government's information to date shows that Defendant Serrano received approximately $40,000,000 in stolen cryptocurrency and used dark web money launderers to "clean" the stolen funds. At the time of his arrest, he was still in

possession of approximately $20,000,000. A significant portion of this stolen virtual currency remains at large. Allowing Serrano back into the community with access to electronic devices will permit him to continue to conceal, launder, and dispose of the virtual currency. His mother has a full-time job, and it would be virtually impossible for her to ensure that he does not use the phone, computer, or internet.

- Serrano's girlfriend tipped off his co-conspirators during Serrano's arrest, allowing them to delete their incriminating Telegram messages in an instant. Allowing Serrano to live in Connecticut while awaiting trial would provide him with the same freedom to access devices and instruct unindicted co-conspirators to delete incriminating information or destroy hard drives.
- In addition to the missing portion of Serrano's proceeds, there still remains well over $100,000,000.00 in stolen cryptocurrency that is yet unaccounted for. Members of the conspiracy had money launderers procure high-end cars and place the cars in the names of shell companies set up in various states. The money launderers also helped procure private jets for cross-country trips. It is certainly reasonably to believe that these same launderers could assist Serrano in obtaining the same type of private jet travel to a non-extradition country in an attempt to avoid facing trial in a matter that carries a guidelines range of approximately *321 – 405 months incarceration* (GL Level 41, Criminal History Category I).
- With Serrano's confession to the crime, and his access to tens of millions of dollars in crypto currency, there is little reason to believe any conditions of release would

ensure his appearance at trial and ensure that he does not obstruct justice through the destruction of evidence.

-

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: _/s/ Kevin Rosenberg_
Kevin Rosenberg
Assistant United States Attorney
Ohio Bar 0081448
United States Attorney's Office
601 D. Street NW
Washington, D.C. 20530
Telephone: 202-809-5351
Email: Kevin.Rosenberg@usdoj.gov