**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No. 24-cr-417 (CKK)** |
| **MALONE LAM, and JEANDIEL SERRANO,** | |
| **Defendants.** | |

## PROPOSED ORDER

Based on the Government's *Consent* Motion to Vacate and Continue the Status Conference scheduled for January 9, 2025, and for good cause shown, it is hereby;

**ORDERED** that the status conference currently scheduled for January 9, 2025 is vacated;

**ORDERED** that the parties shall coordinate with chambers to reschedule the status conference for a date on or before February 28, 2025; and

**ORDERED** that it is in the interest of justice to toll speedy trial time through February 28, 2025 in order for defense counsels to continue reviewing discovery.

SIGNED this ________ day of January, 2025.

______________________________
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE