# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : Criminal No. 24-cr-417 (CKK) |
| **MALONE LAM, and** | : |
| **JEANDIEL SERRANO,** | : |
| | : |
| **Defendants.** | : |
| | : |
| | : |

## ORDER

Based on the Consent Motion to Vacate and Continue Status Conference, and for good cause shown, it is hereby;

**ORDERED** that the status conference currently scheduled for February 19, 2025 is hereby vacated,

**ORDERED** that the parties shall coordinate with chambers to schedule a new hearing date to be held no later than March 7, 2025, and

**ORDERED** that the time period between February 19, 2025 and March 7, 2025 is hereby excluded from the computation of time under the Speedy Trial Act because it serves the "ends of justice" and that those ends outweigh the best interests of the community and the defendants in a speedy trial because the continuance will allow Defendants Lam and Serrano to confer with counsel, receive and review discovery material, and engage in plea discussions.

SIGNED at Washington, D.C., this _____ day of _____, 2025.


_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE