UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALONE LAM,<br><br>Defendant. | Criminal No.  24-cr-00417(CKK) |

## PRETRIAL SCHEDULING ORDER

*Proposed Deadlines*

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment — April 7, 2025[1]
Aspirational date for grand jury decision re: superseding indictment — April 23, 2025
Government to complete discovery under any superseding indictment — May 16, 2025
Discovery motions (Fed. R. Crim. P. 16) — July 1, 2025

Expert Notices & Other Crimes Evidence
Government's expert notice (FRE 701 & 702) — July 7, 2025
Defendant's expert notice (FRE 701 & 702) — July 21, 2025
Government's FRE 404(b) notice — August 1, 2025
Defendant's response to FRE 404(b) notice — August 15, 2025
*Brady* notice — September 1, 2025

Experts
Expert reports (FRE 702) — August 11, 2025
Lay witness identification and subject matter (FRE 701) — September 22, 2025

Non-Evidentiary Pretrial Motions
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment — May 8, 2025
    Government's response to Defendant's non-evidentiary motions — May 22, 2025
    Defendant's reply as to non-evidentiary motions — May 27, 2025
Government's non-evidentiary pretrial motions — May 8, 2025
    Defendant's response to Government's non-evidentiary motions — May 22, 2025
    Government's reply as to non-evidentiary motions — May 27, 2025

Evidentiary Pretrial Motions

---

[1] The parties acknowledge that the investigation is ongoing and rolling discovery productions will continue as documents are received and reports are generated.  Nonetheless, by this deadline, the government will produce all *Brady* information currently in its possession.

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence | July 15, 2025 |
|     Government's response to Defendant's evidentiary motions | August 5, 2025 |
|     Defendant's reply as to evidentiary motions | August 12, 2025 |
| Government's evidentiary pretrial motions, and other crimes (404(b)) | July 15, 2025 |
|     Defendant's response to Government's evidentiary motions | August 5, 2025 |
|     Government's reply as to evidentiary motions | August 12, 2025 |
| Defendant's *Daubert* motions | August 25, 2025 |
|     Government's response to Defendant's *Daubert* motions | September 8, 2025 |
|     Defendant's reply as to *Daubert* | September 15, 2025 |
| Government's *Daubert* motions | August 25, 2025 |
|     Defendant's response to Defendant's *Daubert* motions | September 8, 2025 |
|     Government's reply as to *Daubert* | September 15, 2025 |

Motions in Limine

| | |
|---|---|
| Motions *in limine* by both sides | September 12, 2025 |
| Responses to motions *in limine* | September 19, 2025 |
| Replies as to motions *in limine* | September 23, 2025 |
| Joint notice of stipulations | September 29, 2025 |
| *Giglio*, Jencks Act, and Rule 26.2 material | September 22, 2025 |
| *Voir Dire* and Jury Instructions | October 1, 2025 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | September 22, 2025 |
| Defendant's witness list, exhibit list and exhibits | September 22, 2025 |

Hearings

| | |
|---|---|
| Status Hearing | May 12, 2025 |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively scheduled to begin on <u>October 6, 2025</u>.  The parties shall promptly notify the Court if they want to change this date.**

      **SO ORDERED.**

                                                                                    COLLEEN KOLLAR-KOTELLY
                                                                            United States District Judge