# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALONE LAM,<br><br>Defendant. | Criminal No.  24-cr-00417(CKK) |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

The government comes to the Court to request a brief extension of time to complete discovery on the instant Indictment. Due to unforeseen circumstances, including a support staff's emergency medical procedure, the government is not confident that it can produce the remainder of discovery by April 7, 2025.[1] The government has informed defense counsel of the issue and the timeline and requested a four-day extension until April 11, 2025. The government has also offered to immediately send through a hard drive with two cell phone downloads, hundreds of jail calls, and numerous iMessages. Defendant does not consent to this four-day extension of time to complete discovery for a trial that is set to commence in six months. Accordingly, the government respectfully requests that the Court modify the scheduling order to grant it a brief extension to complete discovery.

Respectfully Submitted

Edward R. Martin, Jr.
United States Attorney
D.C. Bar No. 481866

By:   /s/ *Kevin Rosenberg*

---

[1] The discovery database also suffered a fatal error at or around 5:00pm on April 2, 2025 which deleted approximately 2,900 documents. The documents were immediately reloaded and are being reorganized and tagged for production as fast as possible.

KEVIN L. ROSENBERG
Assistant United States Attorney
OHIO BAR 0081448
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530
(P) 202-252-7833
Kevin.Rosenberg@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-cr-417 (CKK)** |
| **v.** | : | |
| **MALONE LAM,** | : | |
| **Defendant.** | : | |

# **ORDER**

Based on the government's representations, and for good cause shown, it is hereby,

**ORDERED** that the government be granted a four-day extension of time in which it shall complete discovery productions based on the current Indictment.

SIGNED this _____ day of _____, 2025.

_____
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge