IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Malone Lam, )<br>)<br>Defendant. )<br>) | Crim. No.  24-CR-417 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

**DEFENDANT MALONE LAM'S RESPONSE TO
GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

Defendant Malone Lam does not oppose the requested extension.

        Respectfully submitted,

        */s/ Scott P. Armstrong*
        Scott Armstrong
        McGovern Weems, PLLC
        1050 15th Street, Suite 1030, NW
        Washington, D.C. 20005
        DC Bar No. 993851
        Telephone: (202) 978-1267
        Email: scott@mcgovernweems.com

        */s/ Patrick J. Queenan*
        Patrick J. Queenan
        Sheehan Phinney Bass & Green, P.A.
        28 State Street, 22nd Floor
        Boston, MA 02109
        Telephone: 617-897-5672
        1000 Elm Street, 17th Floor
        Manchester, NH 03101
        (admitted *pro hac vice*)
        Telephone:  603-627-8335
        Email:  pqueenan@sheehan.com

        *Counsel for Malone Lam*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served on all counsel of record via ECF as of the date of filing, April 3, 2025.

*/s/ Scott P. Armstrong*
McGovern Weems, PLLC
1050 15th Street, Suite 1030, NW
Washington, D.C.
20005 DC Bar No.
993851
Telephone: (202) 978-1267
Email: scott@mcgovernweems.com
