**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| | : **Criminal No. 24-cr-417 (CKK)** |
| **v.** | : |
| | : |
| **MALONE LAM,** | : |
| | : |
| **Defendants.** | : |
| | : |

### *CONSENT* MOTION TO CONTINUE STATUS CONFERENCE

With the consent of defense counsels for defendant Lam, the Government respectfully requests that the Court continue the status conference currently scheduled for May 12, 2025 until either the afternoon of May 19, 2025 or at any time on May 20, 2025. Government counsel may be traveling outside of the District on May 12, 2025. Defense counsels have agreed to this brief continuance of the hearing.

        Respectfully submitted,

        EDWARD R. MARTIN, JR.
        United States Attorney
        D.C. Bar No. 481866

BY:   */s/ Kevin L. Rosenberg*
        Kevin Rosenberg, Ohio Bar 0081448
        Assistant United States Attorneys
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 809-5351
        Kevin.Rosenberg@usdoj.gov