**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-417 (CKK)** |
| | : | |
| **HAMZA DOOST,** | : | |
| **also known as "Scyllia," and "¢,"** | : | |
| | : | |
| **KUNAL MEHTA, also known as "Papa,"** | : | |
| **"The Accountant," "Shrek," and "Neil,"** | : | |
| **Defendants.** | : | |

**ORDER**

The government has indicated that it will file an appeal of Magistrate Judge McCormick's decision to release the defendants pre-trial. The Court requests additional time to review the pleadings and make an informed decision before the Defendants are released. Accordingly, it is hereby;

**ORDERED** that Magistrate Judge McCormick's release order shall be stayed pending further notice from this Court, and

**ORDERED** that the Government shall file it's full appeal by May 14, 2025.

______________________________

**JUDGE COLLEEN KOLLAR-KOTELLY**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**