**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-417 (CKK)** |
| | : | |
| **HAMZA DOOST,** | : | |
| **also known as "Scyllia," and "¢,"** | : | |
| | : | |
| **KUNAL MEHTA, also known as "Papa,"** | : | |
| **"The Accountant," "Shrek," and "Neil,"** | : | |
| **Defendants.** | : | |

**EMERGENCY MOTION FOR *DE NOVO* REVIEW OF MAGISTRATE'S RELEASE ORDER AND REQUEST TO STAY DEFENDANTS' RELEASE PENDING *DE NOVO* REVIEW**

The government supplements the prior filing with the following information.

- It is undersigned counsel's understanding that Judge McCormick has stayed the release until 4:00 pm PST and given the government until that time to file its appeal.

- The Government only seeks to stay the release until this Court can rule on the motion, whether it be through a virtual hearing, on the papers, or in person when the defendants arrive in the District of Columbia. The Government seeks a stay from the Court out of an abundance of caution, to ensure Defendants are not released before this Court has ruled.

- The CDCA Docket Number for Doost is 8:25-mj-00389
- The CDCA Docket Number for Mehta is 8:25-mj-00388

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kevin Rosenberg*
Kevin Rosenberg
Assistant United States Attorney
Ohio Bar 0081448

United States Attorney's Office
601 D. Street NW
Washington, D.C. 20530