**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-417 (CKK)** |
| | : | |
| **HAMZA DOOST,** | : | |
| **also known as "Scyllia," and "¢,"** | : | |
| | : | |

**GOVERNMENT'S REPLY TO DEFENDANT'S MOTION IN OPPOSITION**

The government submits the following brief reply to Defendant's Motion in Opposition.

Defendant asserts that there is nothing inherently illegal or wrong about cryptocurrency conversions. That is incorrect. Count One of the Superseding Indictment charges that the SE Enterprise operated through a pattern of racketeering activities, including violations of 18 U.S.C. § 1960. Accepting millions of dollars in cryptocurrency and changing it into fiat US currency, without a license, is a violation of 18 U.S.C. § 1960. Neither Mr. Doost, nor Mr. Mehta has a money services business license, and they were both therefore operating as unlicensed money service businesses in violation of 18 U.S.C. § 1960.

Doost has significant foreign ties and had just returned from an overseas trip to Thailand and Dubai with co-conspirators Demirtas, Yarally, and Cortes. Doost was the SE Enterprise connection for private jet travel, and jet travel without identification documents. Doost had, and most likely still has, bulk cash exchange connections all over the United States, including California, New York, and Miami. These are cash services frequently used by the SE Enterprise.

Doost cites his studies at San Jose State University. It is hard to see how his Thailand and Dubai travel, coupled with living out of hotels around Los Angeles in the weeks leading up to his arrest, fit in with his purported college studies.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kevin Rosenberg*
Kevin Rosenberg
Assistant United States Attorney
Ohio Bar 0081448
United States Attorney's Office
601 D. Street NW
Washington, D.C. 20530