**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-417 (CKK)** |
| | : | |
| | : | |
| **KUNAL MEHTA, also known as "Papa," "The Accountant," "Shrek," and "Neil," Defendant.** | : | |

**GOVERNMENT'S SUPPLEMENTAL REPLY TO DEFENDANT'S OPPOSITION TO DETENTION**

The government respectfully requests that the Court consider the following information while it determines pre-trial release conditions for Defendant Mehta. The Government explained that during the Mr. Mehta's arrest on May 13, 2025, the case agent was able to see large USDT (Tether) transactions coming into Defendant Mehta's phone. Defendant Mehta's phone is now locked. The government has reason to believe that a large amount of cryptocurrency, in excess of $1 million is currently stored on Defendant Mehta's phone in an unhosted cryptocurrency wallet. If Mr. Mehta is released, he would be able to reconstitute this cryptocurrency wallet with seed phrases that would remotely transfer the funds into his possession.

If the Court is considering releasing Defendant Mehta, the government requests that the Court make it a pre-condition of his release that he open his mobile telephone seized by the government pursuant to a search warrant and identify his cryptocurrency wallets. The search warrant authorized the government to search all devices found in his residence. The government also requests that Defendant Mehta be required to identify all cryptocurrency holdings and bank accounts in which he has an interest.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

BY: */s/ Kevin L. Rosenberg*
Kevin Rosenberg, Ohio Bar 0081448
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 809-5351
Kevin.Rosenberg@usdoj.gov