CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 24-417-11 (CKK)
)
JOEL CORTES )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Joel Collazo-Cortes
Defendant

[signature]
Counsel for Defendant G.Allen Dale

I consent:
[signature]
Assistant United States attorney

Approved:
Colleen Kollar-Kotelly

Date: 7/31/2025

COLLEEN KOLLAR-KOTELLY

United States Magistrate Judge