# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-CR-417 (CKK)** |
| | : | |
| v. | : | |
| | : | |
| **MALONE LAM, et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Will Hart is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Kevin Rosenberg, as counsel for the United States, is withdrawing as counsel of record in this matter.

Respectfully submitted,

JEANINE FERRIS PIRRO
U.S. ATTORNEY

By: */s/ Will Hart*
WILL HART
Assistant United States Attorney
D.C. Bar Number 1029325
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 730-5711
Email: William.Hart@usdoj.gov